UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| In The Matter Of: | In Bankruptcy: |
|---|---|
| CASEY M HAYES | Case No. 13-31274-DSO |
| TARA HAYES | Chapter 7 |
| | Hon. Daniel S. Opperman |
| Debtor(s). / | |

## CERTIFICATE OF DISTRIBUTION

Samuel D. Sweet, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $1,500.00 and disbursed $633.62, leaving a balance on hand of $866.38, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---:|---:|---:|
| Samuel D. Sweet Fee | $375.00 | 100.00% | $375.00 |
| Samuel D. Sweet, PLC Expense Per Order 10/18/13 | $22.20 | 100.00% | $22.20 |
| | | **Subtotal:** | **$397.20** |

| Priority Claims | Amount Allowed | % Paid | Amount Paid |
|---|---:|---:|---:|
| 20  Michigan Department of Treasury | $4,423.11 | 10.61% | $469.18 |
| | | **Subtotal:** | **$469.18** |
| | | **Total:** | **$866.38** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: October 18, 2013

/s/ SAMUEL D. SWEET [P48668]
Samuel D. Sweet, Chapter 7 Trustee
P. O. Box 757

Ortonville MI 48462-0757  
Phone: (248) 236-0985  
E-mail: ssweet@trusteesweet.us